Arrest on Out-of-District Offense

FILED
MAY 3 1 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

Case Number: __19MJ9615__

The person charged as __Alexander Payne__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Northern__ District of __Oklahoma__ with __Possession With the Intent to Distribute 500 Kilograms or More of Methamphetamine__, in violation of __Title 21, U.S.C. §§ 841(a) (1) and 841 (b)(1)(B)(vii)__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __5/31/19__ .

_____
Joshua Updegraff
Drug Enforcement Administration

Reviewed and Approved:

Dated: 5/31/19

_____
ANDREW Y. CHIANG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

FILED
MAY 3 1 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America
v.
Alexander Payne )
)
) Case No. 19-mj-84-PC
)
)
)
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Alexander Payne**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vii) - Possession With the Intent to Distribute 500 Kilograms or More of Methamphetamine

Date: 4/12/2019

_____
*Issuing officer's signature*

City and state: Tulsa, OK

U.S. Mag. Judge Paul J. Cleary
*Printed name and title*

### Return

This warrant was received on *(date)* 05-30-2019, and the person was arrested on *(date)* 05-31-2019
at *(city and state)* Imperial, CA.

Date: 05-31-2019

_____
*Arresting officer's signature*

Task Force Agent Joshua D. Updegraff
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Alexander Payne<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 19-mj-04-PJC |

**FILED**
APR 1 2 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**FILED**
MAY 31 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2018 through April 2019__ in the county of __United States of America__ in the __Northern__ District of __Oklahoma__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vii) | - Possession With the Intent to Distribute 500 Kilograms or More of Methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit in support.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William R. Mackenzie, TFO/DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/12/2019

City and state: Tulsa, OK

_____
*Judge's signature*

US Magistrate Judge Paul J. Cleary
*Printed name and title*

## AFFIDAVIT

I am a police officer with the Tulsa Police Department (TPD) and have been so employed for over (18) years. I am presently assigned to the Drug Enforcement Administration (DEA) as a Task Force Officer. I have a Bachelor's Degree in Criminal Justice from East Central University.

## PROFESSIONAL EXPERIENCE

Since becoming a Narcotics Detective with TPD/SID, I have participated in wire and physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefings of informants and reviews of taped conversations and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs. I have been the primary investigator in more than (5) five complex conspiracy cases prosecuted within the federal justice system. I have trained other narcotic detectives within SID and I have taught an Association of Oklahoma Narcotic Enforcers AONE class on the distribution of heroin in the United States. I have completed the following:

   a. Oklahoma State Bureau of Investigations Clandestine Laboratory Basic Safety Certification and Clandestine Laboratory Site Safety Officer courses presented by Network Environmental Systems.
   b. The Drug Enforcement Administration (DEA) Basic Narcotics Investigator School.
   c. The Advanced Undercover Narcotics School.
   d. Southwest Border Intelligence School and an Outlaw Motorcycle Gang school presented by the Association of Oklahoma Narcotic Enforcers.

e. Complex Conspiracies school presented by the Midwest Counter-drug Training Center.

f. Communication Exploitation Training presented by the Drug Enforcement Administration Special Operations Division.

I have completed formal training in narcotics investigations from the Tulsa Police Academy, as well as informal training received from more experienced officers. I have participated in over 500 drug-related criminal investigations. I have authored both federal and state search warrants, participated in Title III investigations, purchased drugs and narcotics ("controlled dangerous substances") in an undercover capacity, including marijuana, and executed controlled deliveries of controlled substances. I have gained a considerable amount of knowledge about drug trafficking organizations and their members through my training and experience. I have interviewed hundreds of defendants involved in the use, manufacture, transportation, and illegal sale of controlled dangerous substances.

The information contained in this Affidavit in support of an arrest warrant for Alexander Payne is based on law enforcements encounter with Alicia Wright on October 11, 2018.

## **PROBABLE CAUSE**

On October 11, 2018, at approximately 8:12 pm, Tulsa Police Officer Blackwell and Cawiezell were patrolling northbound on South Harvard Avenue when they stopped a red 2017 Toyota Corolla for a traffic violation. They stopped the vehicle in the area of 3200 S. Harvard Avenue and K-9 Corporal M. Griffin back the officers. The driver of the vehicle was identified as Alicia Wright and the back seat passenger of the vehicle was identified as Lorrie Bends. During the traffic stop, Officer Blackwell noticed that the driver was extremely nervous and had a suspended California driver's license. While Officer B. Blackwell was learning that the driver had

2

a suspended driver's license K-9 Corporal M. Griffin utilized his drug certified k-9 "Jake" and received a positive alert to the presence of controlled substances on the vehicle.

A search of the vehicle resulted in the seizure of approximately 10 pounds of methamphetamine hidden under the carpet in the trunk of the vehicle. Alicia Wright was transported to the Tulsa County Jail and is currently being housed there.

All of the evidence seized from the traffic stop was turned into the Tulsa Police Department property/evidence room.

On October 16, 2018, I typed a state search warrant and affidavit requesting to search the cell phone Alicia Wright had in her possession at the time of her arrest. The search warrant and affidavit were signed by Judge James Keeley.

After the search warrant was executed, I looked at text messages between phone number (951) 531-6437 labeled as Alex Payne in Alicia Wright's phone and Alicia Wright just prior to her arrest. The text message exchange was the following:

- Alicia Wright to Alex Payne: "Do I need to count the money"
- Alicia Wright to Alex Payne: "K"
- Alex Payne to Alicia Wright: "The guy is parked in back of restaurant in a white work van go with him"
- Alex Payne to Alicia Wright: "She said 15 away"
- Alicia Wright to Alex Payne: "I'm one hour away from Tulsa"
- Alicia Wright to Alex Payne: "$40 but I got it covered"
- Alex Payne to Alicia Wright: "Do you need money or not??"
- Alex Payne to Alicia Wright: "Dumb dumb how much money do you need to get to Tulsa"
- Alex Payne to Alicia Wright: "5001 s Harvard Ave, Tulsa, ok 74135"

3

- Alex Payne to Alicia Wright: "Waiting on address"
- Alex Payne to Alicia Wright: "I'll check"
- Alicia Wright to Alex Payne: "Alex any chance u can call ur people in Tulsa to have a few pain pills available for when we get there my mother in-law lost hers and I'm just going to be very sick or she doesn't have any"

On March 14, 2019, I listened to Tulsa County Jail calls between Alicia Wright and a male identified as Alexander Payne. Alexander Payne was utilizing phone number (951) 390-6578. Phone number (951) 390-6578 is a pre-paid phone that doesn't have any subscriber listed.

I listened to a call that occurred on November 10, 2018 between Alicia Wright and phone number (951) 390-6578 being used by Alexander Payne. Alexander Payne and Alicia Wright talk about when Alicia was stopped and arrested in Tulsa, Oklahoma on October 11, 2018. Alicia Wright tells Alexander Payne that law enforcement is going to look at her phone records. Alicia Wright gives Alexander Payne an email address and password to go to so Alexander Payne can attempt to wipe out all data from her phone. During this phone call, Alexander Payne tells Alicia Wright "I put those things in there and I didn't wear no gloves." Alicia Wright tells Payne that she isn't talking to Law Enforcement and everything will be fine.

I listened to a call that occurred on January 10, 2019 between Alicia Wright and phone number (951) 390-6578 being used by Alexander Payne. Alicia Wright told Alexander Payne that her attorney told her that because she wouldn't write a statement against Alexander Payne she is looking at 10-40 years. Alicia Wright stated "I need character reference letters Alex." "I need character reference letters "Alex" from people with no criminal history." "They told me that if I agreed to testify in front of the grand jury about you that I would walk out of here on an ankle monitor and 3 years of supervised probation." Alicia Wright stated "they have all the text

4

messages and everything Alex." Alicia Wright stated "here's the thing, without my testimony there is nothing they can do to you." "So I just want you to know that you are scott motherfucking free."

I have also reviewed Home Wave jail calls (Video FaceTime calls) between Alicia Wright and Alexander Payne. During this call, a video is taken and Alexander Payne is clearly the individual in the call. During the call, Alexander Payne asks how Alicia Wright is doing and tells her how people in California are doing.

Based on the foregoing, I submit that probable cause exists to believe Alexander Payne possessed with the intent to distribute 500 kilograms or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii) and respectfully request that a warrant for the arrest of Alexander Payne be issued.

_____
William R. Mackenzie, TFO
Drug Enforcement Administration

Sworn and subscribed to before me this 12TH day of April, 2019.

_____
PAUL J. CLEARY
United States Magistrate Judge

5